**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| Robert L. Reese, *derivatively on behalf of nominal defendant Fifth Third Bancorp*, | |
| Plaintiff, | Case No. 1:20-cv-886 |
| Greg D. Carmichael, et al., | Judge McFarland |
| Defendants. | |

**NOTICE OF APPEARANCE OF VICTOR A. WALTON, JR.**

Please take notice that Victor A. Walton, Jr. of Vorys, Sater, Seymour and Pease LLP, 301 East 4th Street, Suite 3500, Cincinnati, OH 45202 hereby enters his appearance as counsel for Defendants Greg D. Carmichael, Tayfun Tuzun, Frank Forrest, Nicholas K. Akins, B. Evan Bayh III, Jorge L. Benitez, Katherine B. Blackburn, Emerson L. Brumback, C. Bryan Daniels, Thomas H. Harvey, Gary R. Heminger, Jewell D. Hoover, Eileen A. Mallesch, Michael B. McCallister, Marsha C. Williams, Jerry W. Burris, Darryl F. Allen, Ulysses L. Bridgeman, Jr., James P. Hackett, Kevin T. Kabat, and Hendrik G. Meijer, and Nominal Defendant Fifth Third Bancorp.

Dated: December 31, 2020          Respectfully submitted,

<p style="margin-left: 3em;">
<u>s/ Victor A. Walton, Jr.</u><br>
Victor A. Walton, Jr. (0055241)<br>
VORYS, SATER, SEYMOUR AND PEASE, LLP<br>
301 East Fourth Street, Suite 3500<br>
Cincinnati, OH 45202<br>
(513) 723-4027<br>
vawalton@vorys.com
</p>

*Attorney for Defendants*